STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant MORRISON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-00238-CRB |
| Plaintiff, | |
| v. | STIPULATED ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| JOHN MORRISON, | |
| Defendants. | |

On June 15, 2018, defendant John Morrison was released from custody on a $100,000 unsecured bond with both his daughters as sureties. As a condition of his release, he was ordered to participate in location monitoring and abide by a curfew that requires him to be in his home by 8 p.m. each night.

Mr. Morrison's curfew has been extended on several occasions so that he can attend a religious meditation and lecture. He has had no violations of his curfew or location monitoring conditions. Mr. Morrison would like to attend these meditations and spiritual lectures weekly and therefore requests that his curfew on Friday nights extend to 10 p.m.

//

//

//

STIP & ORDER TO MODIFY          1

The parties stipulate that the conditions of release for Mr. Morrison should be modified to allow him to return home by 10 p.m. on Fridays. All other conditions of release shall remain the same. Undersigned counsel has conferred with Mr. Morrison's Pretrial Services Officer, and he does not oppose this request.

IT SO STIPULATED.

Dated: September 14, 2018

/s/
ROSS WEINGARTEN
Assistant U.S. Attorney

Dated: September 14, 2018

/s/
GABRIELA BISCHOF
Attorney for John Morrison

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Date: September 17, 2018

SALLIE KIM
United States Magistrate Judge

STIP & ORDER TO MODIFY  2