STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant MORRISON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-00238-CRB |
| Plaintiff, | |
| v. | STIPULATED ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| JOHN MORRISON, | |
| Defendants. | |

On June 15, 2018, defendant John Morrison was released from custody on a $100,000 unsecured bond with both his daughters as sureties. As a condition of his release, he was ordered to possess only one computer, a laptop, that was required to be monitored by Pretrial Services. The bond also states that he may not possess a smart phone but may possess a phone without internet access.

Mr. Morrison's employment requires that he be available by email at all times. As a result, having only laptop access whenever he needs to attend required appointments or leave the house for any reason has made it very difficult to perform his basic job functions. Pretrial Services is now able to monitor an internet-enabled "smart" phone and has informed undersigned defense counsel that they have no objection to allowing Mr. Morrison to use a Pretrial Services-monitored, internet-enabled smart phone. He has had no violations of his internet-use and monitoring condition.

STIP & ORDER TO MODIFY   1

Accordingly, the parties stipulate that the conditions of release for Mr. Morrison should be modified to allow him to possess and use a single internet-enabled smart phone that is monitored by Pretrial Services. All other conditions of release shall remain the same.

//

//

IT SO STIPULATED.

Dated: September 25, 2018          /s/
                                   ROSS WEINGARTEN
                                   Assistant U.S. Attorney

Dated: September 25, 2018          /s/
                                   GABRIELA BISCHOF
                                   Attorney for John Morrison

GOOD CAUSE APPEARING, IT IS SO ORDERED.

September 26, 2018                 _____
Date                               SALLIE KIM
                                   United States Magistrate Judge

STIP & ORDER TO MODIFY          2